UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
EFB ENTERPRISES, INC.                   §    Case No. 12-35654
                                        §
            Debtor(s)                   §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Elizabeth C. Berg, Trustee_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-35654 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | EFB ENTERPRISES, INC. | | | Date Filed (f) or Converted (c): | 09/08/12 (f) |
| | | | | 341(a) Meeting Date: | 11/19/12 |
| For Period Ending: 06/23/13 | | | | Claims Bar Date: | 01/30/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking at Harris Bank | 1.00 | 0.00 | | 307.36 | FA |
| 2. Phone system; fax machine; computer | 100.00 | 0.00 | | 0.00 | FA |
| 3. Post Form Blanks (10) | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Toilets (8) | 800.00 | 0.00 | | 0.00 | FA |
| 5. Jetted Tubs (6) | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. Soaker Tubs (2) | 700.00 | 0.00 | | 0.00 | FA |
| 7. Shower Bases (4) | 800.00 | 0.00 | | 0.00 | FA |
| 8. Pedestal Sinks (2) | 250.00 | 0.00 | | 0.00 | FA |
| 9. Medicine Cabinets (7) | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Vanity Tops (165) | 24,750.00 | 31,560.00 | | 31,560.00 | FA |
| Trustee conducted auction of all personal property including kitchen and bath cabines, sinks, displays and 2 commercial vehciles; gross sale proceeds for all property recorded under this asset | | | | | |
| 11. Vanity Cabinets (93) | 18,600.00 | 0.00 | | 0.00 | FA |
| 12. Mirrors (8) | 900.00 | 0.00 | | 0.00 | FA |
| 13. Vessel Bowls (7) | 1,050.00 | 0.00 | | 0.00 | FA |
| 14. Tables (8) | 1,000.00 | 0.00 | | 0.00 | FA |
| 15. Stainless Steel Kitchen Sinks (21) | 4,200.00 | 0.00 | | 0.00 | FA |
| 16. Solid Surface Sinks (4) | 400.00 | 0.00 | | 0.00 | FA |
| 17. Kitchen Faucets (14) | 1,600.00 | 0.00 | | 0.00 | FA |
| 18. Vanity Faucets (28) | 2,800.00 | 0.00 | | 0.00 | FA |
| 19. Shelves (126) | 1,260.00 | 0.00 | | 0.00 | FA |
| 20. Bamboo Sheets 36" x 72" (2) | 300.00 | 0.00 | | 0.00 | FA |
| 21. Misc. Cabinets (17) | 425.00 | 0.00 | | 0.00 | FA |
| 22. Provine Kitchen Display | 4,000.00 | 0.00 | | 0.00 | FA |
| 23. Bertch Kitchen Display | 4,000.00 | 0.00 | | 0.00 | FA |

Case 12-35654 Doc 30 Filed 08/06/13 Entered 08/06/13 15:13:04 Desc Main
Document Page 4 of 13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

Case No: 12-35654 CAD Judge: CAROL A. DOYLE  Trustee Name: Elizabeth C. Berg, Trustee
Case Name: EFB ENTERPRISES, INC.  Date Filed (f) or Converted (c): 09/08/12 (f)
 341(a) Meeting Date: 11/19/12
 Claims Bar Date: 01/30/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Legacy Kitchen Display (2) | 4,000.00 | 0.00 | | 0.00 | FA |
| 25. Diamond Kitchen Display (2) | 2,000.00 | 0.00 | | 0.00 | FA |
| 26. Petty Cash (u) | 0.00 | 8.95 | | 8.95 | FA |

 Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $79,936.00 $31,568.95 $31,876.31 $0.00
 (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold estate assets at public auction; Trustee investigated Debtor's financial affairs for potnetial preferential
transfers; Trustee prepare and filed Estate tax returns; Trustee prepared TFR

Initial Projected Date of Final Report (TFR): / /    Current Projected Date of Final Report (TFR): / /

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-35654 -CAD | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | EFB ENTERPRISES, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9181 Checking Account |
| Taxpayer ID No: | *******2408 | | | |
| For Period Ending: | 06/23/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/03/12 | 1 | Vanity & Supply<br>PO Box 397<br>743 N. McClure Road<br>Aurora  IL  60507 | BALANCE - CHECKING ACCT | 1129-000 | 307.36 | | 307.36 |
| 12/12/12 | 10 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | PROCEEDS FROM AUCTION | 1129-000 | 31,560.00 | | 31,867.36 |
| 12/12/12 | 26 | EFB Enterprises, Inc. | PETTY CASH | 1229-000 | 8.95 | | 31,876.31 |
| 12/20/12 | 001001 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | TR Auctioneer's Commission<br>Auction held 11-27-12<br>Per Ct. Order dtd 12/20/12 | 3610-000 | | 3,156.00 | 28,720.31 |
| 12/20/12 | 001002 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | TR Auctioneer's Expenses<br>Auction held  11-27-12<br>Allowed per ct order dtd 12/20/12 | 3620-000 | | 3,222.00 | 25,498.31 |
| 12/20/12 | 001003 | Anne and Albert Emerich<br>9 Buckingham Drive<br>Sugar Grove  IL  60554 | Post-petition Rent<br>Allowed per Ct Order dtd 12/20/12 | 2410-000 | | 3,500.00 | 21,998.31 |
| 12/20/12 | 001004 | Nicor Gas<br>P.O. Box 5407<br>Carol Stream  IL  60197-5407 | Allowed Administrative Expense<br>Per Ct Order dtd 12/20/12 | 2990-000 | | 189.79 | 21,808.52 |
| 12/20/12 | 001005 | ComEd<br>P.O. Box 6111<br>Carol Stream, IL  60197-6111 | Allowed Administrative Expense<br>Per Ct Order dtd 12/20/12 | 2990-000 | | 145.78 | 21,662.74 |
| 12/20/12 | 001006 | City of Aurora<br>44 East Downer Place<br>Aurora  IL  60507 | Allowed Administrative Expense<br>Per Ct Order dtd 12/20/12 | 2990-000 | | 14.24 | 21,648.50 |
| 12/20/12 | 001007 | Lewis Electric & Contracting, Inc. | Allowed Administrative Expense | 2990-000 | | 1,270.00 | 20,378.50 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

LFORM2T4

Ver: 16.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 12-35654 -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | EFB ENTERPRISES, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******9181  Checking Account |
| Taxpayer ID No: | *******2408 | | |
| For Period Ending: | 06/23/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/20/12 | 001008 | 510 Hill Avenue<br>Aurora IL 60505<br>Trustee Insurance Agency | Per Ct Order dtd 12/20/12<br>Allowed Administrative Expense | 2990-000 | | 632.00 | 19,746.50 |
| 02/15/13 | 001009 | 2813 West Main Street<br>Kalamazoo MI 49006<br>International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Per Ct Order dtd 12/20/12<br>Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 16.33 | 19,730.17 |
| 03/08/13 | | CONGRESSIONAL BANK<br>6500 ROCK SPRING DRIVE<br>SUITE 300<br>BETHESDA, MD 20817 | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 18.93 | 19,711.24 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13 | 2600-000 | | 20.93 | 19,690.31 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days.<br>6/21/13 ~JMM | 2600-000 | | 20.24 | 19,670.07 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 6)*

LFORM2T4

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 12-35654 -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | EFB ENTERPRISES, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******9181 Checking Account |
| Taxpayer ID No: | *******2408 | | |
| For Period Ending: | 06/23/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Account *******9181 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 3 | Deposits | 31,876.31 | 9 | Checks | 12,146.14 |
| | 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 60.10 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 31,876.31 | | | |
| | | | | | Total | $ 12,206.24 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 31,876.31 | | | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 23, 2013 |
|---|---|---|---|---|---|---|

Case Number: 12-35654  
Debtor Name: EFB ENTERPRISES, INC.  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3610-00 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | Administrative | | $3,156.00 | $3,156.00 | $0.00 |
| 001<br>3620-00 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | Administrative | | $3,222.00 | $3,222.00 | $0.00 |
| 999<br>2410-00 | Anne and Albert Emerich<br>9 Buckinghham Drive<br>Sugar Grove  IL  60554 | Administrative | | $3,500.00 | $3,500.00 | $0.00 |
| 999<br>2990-00 | Nicor Gas<br>P.O. Box 5407<br>Carol Stream  IL  60197-5407 | Administrative | | $189.79 | $189.79 | $0.00 |
| 999<br>2990-00 | ComEd<br>P.O. Box 6111<br>Carol Stream,  IL  60197-6111 | Administrative | | $145.78 | $145.78 | $0.00 |
| 999<br>2990-00 | City of Aurora<br>44 East Downer Place<br>Aurora  IL  60507 | Administrative | | $14.24 | $14.24 | $0.00 |
| 999<br>2990-00 | Lewis Electric & Contracting, Inc.<br>510 Hill Avenue<br>Aurora  IL  60505 | Administrative | | $1,270.00 | $1,270.00 | $0.00 |
| 999<br>2420-75 | Trustee Insurance Agency<br>2813 West Main Street<br>Kalamazoo  MI  49006 | Administrative | | $632.00 | $632.00 | $0.00 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Administrative | | $3,937.63 | $0.00 | $3,937.63 |
| 001<br>3110-00 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Administrative | | $6,376.48 | $0.00 | $6,376.48 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago  IL  60601 | Administrative | | $2,784.00 | $0.00 | $2,784.00 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans,  LA  70139 | Administrative | | $16.33 | $16.33 | $0.00 |
| | Subtotal for Class Administrative | | | $25,244.25 | $12,146.14 | $13,098.11 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 23, 2013 |

Case Number: 12-35654
Debtor Name: EFB ENTERPRISES, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 042<br>5300-00 | Nydia Seaton<br>1431 Austin Avenue<br>Aurora IL 60505 | Priority | | $1,780.00 | $0.00 | $1,780.00 |
| 000001<br>046<br>5800-00 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | Claim amended to $0 6/10/13 | $0.00 | $0.00 | $0.00 |
| 000002<br>046<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | (2-1) Unfiled periods | $0.00 | $0.00 | $0.00 |
| 000003<br>045<br>5600-00 | Noreen Somers<br>6941 Lyman Ave.<br>Downers Grove, IL 60516 | Priority | | $1,000.00 | $0.00 | $1,000.00 |
| | Subtotal for Class Priority | | | $2,780.00 | $0.00 | $2,780.00 |
| 000004<br>070<br>7100-00 | Bains Ultra Baths, Inc.<br>956 Chemin Olivier<br>St. Nicholas (Quebec)<br>CN G74-2N1 | Unsecured | | $2,092.95 | $0.00 | $2,092.95 |
| 000005<br>070<br>7100-00 | Total Basement Finishing Systems, LLC<br>Scott Stolzenburg<br>37W201 Red Gate Rd<br>St Charles, IL 60175 | Unsecured | | $2,685.11 | $0.00 | $2,685.11 |
| | Subtotal for Class Unsecured | | | $4,778.06 | $0.00 | $4,778.06 |
| | Case Totals: | | | $32,802.31 | $12,146.14 | $20,656.17 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                          Exhibit D

Case No.: 12-35654
Case Name: EFB ENTERPRISES, INC.
Trustee Name: Elizabeth C. Berg, Trustee

      Balance on hand                                            $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, LLC | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Auctioneer Fees: Martin Auction Services LLC | $ | $ | $ |
| Auctioneer Expenses: Martin Auction Services LLC | $ | $ | $ |
| Other: ComEd | $ | $ | $ |
| Other: City of Aurora | $ | $ | $ |
| Other: Anne and Albert Emerich | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |
| Other: Lewis Electric & Contracting, Inc. | $ | $ | $ |
| Other: Nicor Gas | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Trustee Insurance Agency | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Internal Revenue Service | $ | $ | $ |
| 000002 | Illinois Department of Revenue Bankruptcy Section | $ | $ | $ |
| 000003 | Noreen Somers | $ | $ | $ |
|  | Nydia Seaton | $ | $ | $ |
| AUTO | United States Treasury | $ | $ | $ |
| AUTO | FEDERAL UNEMPLOYMENT INSURANCE | $ | $ | $ |
| AUTO | United States Treasury | $ | $ | $ |

Total to be paid to priority creditors    $_____

Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Bains Ultra Baths, Inc. | $ | $ | $ |
| 000005 | Total Basement Finishing Systems, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE