UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
§
EFB ENTERPRISES, INC. §    Case No. 12-35654
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Mr. Kenneth S. Gardner
   Clerk of the U.S. Bankruptcy Court
   19 S. Dearborn Street
   7th Floor
   Chicago   IL   60603

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
   11:15 a.m.
   on Thursday, September 5, 2013
   in Courtroom 240 of the Kane County Courthouse
   100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Kenneth S. Gardner_____


*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
EFB ENTERPRISES, INC. § Case No. 12-35654
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 31,876.31 |
| and approved disbursements of | $ | 12,206.24 |
| leaving a balance on hand of[1] | $ | 19,670.07 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg | $ 3,937.63 | $ 0.00 | $ 3,937.63 |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ 6,326.00 | $ 0.00 | $ 6,326.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ 50.48 | $ 0.00 | $ 50.48 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 2,784.00 | $ 0.00 | $ 2,784.00 |
| Auctioneer Fees: Martin Auction Services LLC | $ 3,156.00 | $ 3,156.00 | $ 0.00 |
| Auctioneer Expenses: Martin Auction Services LLC | $ 3,222.00 | $ 3,222.00 | $ 0.00 |
| Other: ComEd | $ 145.78 | $ 145.78 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: City of Aurora | $ 14.24 | $ 14.24 | $ 0.00 |
| Other: Anne and Albert Emerich | $ 3,500.00 | $ 3,500.00 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 16.33 | $ 16.33 | $ 0.00 |
| Other: Lewis Electric & Contracting, Inc. | $ 1,270.00 | $ 1,270.00 | $ 0.00 |
| Other: Nicor Gas | $ 189.79 | $ 189.79 | $ 0.00 |
| Other: Trustee Insurance Agency | $ 632.00 | $ 632.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses         $         13,098.11

Remaining Balance                                              $          6,571.96

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,977.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Illinois Department of Revenue Bankruptcy Section | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Noreen Somers | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
|  | Nydia Seaton | $ 1,780.00 | $ 0.00 | $ 1,780.00 |
| AUTO | United States Treasury | $ 110.36 | $ 0.00 | $ 110.36 |
| AUTO | FEDERAL UNEMPLOYMENT INSURANCE | $ 61.41 | $ 0.00 | $ 61.41 |
| AUTO | United States Treasury | $ 25.81 | $ 0.00 | $ 25.81 |

Total to be paid to priority creditors                         $          2,977.58

Remaining Balance                                              $          3,594.38

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,778.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 75.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Bains Ultra Baths, Inc. | $ 2,092.95 | $ 0.00 | $ 1,574.46 |
| 000005 | Total Basement Finishing Systems, LLC | $ 2,685.11 | $ 0.00 | $ 2,019.92 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,594.38 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
                    Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
EFB Enterprises, Inc.  
    Debtor

Case No. 12-35654-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1   User: bchavez   Page 1 of 3   Date Rcvd: Aug 07, 2013  
                Form ID: pdf006   Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2013.

```
db           #+EFB Enterprises, Inc.,    743 McClure Rd.,    Aurora, IL 60502-9525
19415743     +Albert and Anne Emerich,    9 Buckingham Dr.,    Sugar Grove, IL 60554-4199
19415744      Bains Ultra Baths, Inc.,    956 Chemin Olivier,    St. Nicholas (Quebec),    CN G74-2N1
19415745     +Bertch Cabinets Mfg.,    PO Box 2280,    Waterloo, IA 50704-2280
19415746     +Cabinetry by Provines, Inc.,    212 S. Hickory Corner Rd.,    Vincenness, IN 47591-9613
19415747     +Capitol One Merchant Services,    2245 North Loop 336 West,    Conroe, TX 77304-3636
19415748     +Equifax,    PO Box 740256,    Atlanta, GA 30374-0256
19415749      Experian,    PO Box 9554,    Allen, TX 75013-9554
19415750     +Green City Cabinets,    9798 E. 1200 North,    Odon, IN 47562-5455
19415751     +Hector Benevides,    2376 Wyckwood Dr.,    Aurora, IL 60506-4430
19415752    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Dept. of Revenue,    100 W. Randoph St.,    Level 7-425,
              Chicago, IL 60601-3274)
19756985      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
              Chicago, Illinois 60664-0338
19415754     +Jennifer Helken,    2200 Light Rd. Unit 106,    Oswego, IL 60543-8553
19415756     +Julio Ochoa,    895 Chelsey Ct.,    Aurora, IL 60504-8989
19415757    #+Laminate Werks, Inc.,    743 McClure Rd.,    Aurora, IL 60502-9525
19415758     +Leslie A. Martin,    6N225 Woodland Dr.,    St. Charles, IL 60175-8352
19415759     +Mike Dennison,    3S605 Behrs Circle East,    Warrenville, IL 60555-3307
19415760     +Noreen Somers,    6941 Lyman Ave.,    Downers Grove, IL 60516-3530
19415761     +Roseanne Hasty,    11S546 Whittington Ct.,    Naperville, IL 60564-5795
19415762     +Sarah Luchs,    2S261 Williams Rd.,    Warrenville, IL 60555-2233
19415763     +Shawn Radiewicz,    888 McKenzie Station,    Lisle, IL 60532-5809
19415764     +Studio 41,    3160 Skokie Valley Rd.,    Highland Park, IL 60035-1051
19415765     +Total Basement Finishing Systems, LLC,    Scott Stolzenburg,    37W201 Red Gate Rd,
              St Charles, IL 60175-6245
19415766    #+Trans Union,    PO Box 6790,    Fullerton, CA 92834-9416
19415767      Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
19415768     +Wally's Printing,    969 N. Farnsworth Ave.,    Aurora, IL 60505-2055
19415769     +Windy City Counter Tops,    1238 N. Kostner,    Chicago, IL 60651-1644
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19415753      E-mail/Text: cio.bncmail@irs.gov Aug 08 2013 00:40:06     Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
19415755      E-mail/Text: rayna@johnboos.com Aug 08 2013 00:42:22     John Boos & Co.,    3561 Eagle Way,
              Chicago, IL 60678-1352
                                                                                              TOTAL: 2
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.


```
District/off: 0752-1          User: bchavez              Page 2 of 3              Date Rcvd: Aug 07, 2013
                              Form ID: pdf006            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2013**              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: bchavez            Page 3 of 3           Date Rcvd: Aug 07, 2013
                              Form ID: pdf006          Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2013 at the address(es) listed below:
              David   Linde    on behalf of Debtor    EFB Enterprises, Inc. delinde.foxvalley@gmail.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4