UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
EFB ENTERPRISES, INC. § Case No. 12-35654
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on               . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Elizabeth C. Berg_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| EMERICH | | | | | |
| TRUSTEE INSURANCE AGCY | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CITY OF AURORA | | | | | |
| COMED | | | | | |
| LEWIS ELECTRIC | | | | | |
| NICOR | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| MARTIN AUCTION | | | | | |
| MARTIN AUCTION | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| | SEATON, NYDIA | | | | | |
| 000003 | NOREEN SOMERS | | | | | |
| AUTO | FEDERAL UNEMPLOYMENT INSURANCE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000001 | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Albert and Anne Emerich 9 Buckingham Dr. Sugar Grove, IL 60554 | | | | | |
| | Bertch Cabinets Mfg. PO Box 2280 Waterloo, IA 50704 | | | | | |
| | Cabinetry by Provines, Inc. 212 S. Hickory Corner Rd. Vincenness, IN 47591 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capitol One Merchant Services 2245 North Loop 336 West Conroe, TX 77304 | | | | | |
| | Green City Cabinets 9798 E. 1200 North Odon, IN 47562 | | | | | |
| | Hector Benevides 2376 Wyckwood Dr. Aurora, IL 60506 | | | | | |
| | Illinois Dept. of Revenue 100 W. Randoph St. Level 7-425 Chicago, IL 60601-3274 | | | | | |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Jennifer Helken 2200 Light Rd.  Unit 106 Oswego, IL 60543 | | | | | |
| | John Boos & Co. 3561 Eagle Way Chicago, IL 60678-1352 | | | | | |
| | Julio Ochoa 895 Chelsey Ct. Aurora, IL 60504 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Laminate Werks, Inc. 743 McClure Rd. Aurora, IL 60502 | | | | | |
| | Leslie A. Martin 6N225 Woodland Dr. St. Charles, IL 60175 | | | | | |
| | Mike Dennison 3S605 Behrs Circle East Warrenville, IL 60555 | | | | | |
| | Noreen Somers 6941 Lyman Ave. Downers Grove, IL 60516 | | | | | |
| | Roseanne Hasty 11S546 Whittington Ct. Naperville, IL 60564 | | | | | |
| | Sarah Luchs 2S261 Williams Rd. Warrenville, IL 60555 | | | | | |
| | Shawn Radiewicz 888 McKenzie Station Lisle, IL 60532 | | | | | |
| | Studio 41 3160 Skokie Valley Rd. Highland Park, IL 60035 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Verizon Wireless PO Box 25505 Lehigh Valley, PA 18002-5505 | | | | | |
| | Wally's Printing 969 N. Farnsworth Ave. Aurora, IL 60505 | | | | | |
| | Windy City Counter Tops 1238 N. Kostner Chicago, IL 60651 | | | | | |
| 000004 | BAINS ULTRA BATHS, INC. | | | | | |
| 000005 | TOTAL BASEMENT FINISHING SYSTEMS, L | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-35654 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|
| Case Name: | EFB ENTERPRISES, INC. | | | Date Filed (f) or Converted (c): | 09/08/12 (f) |
| | | | | 341(a) Meeting Date: | 11/19/12 |
| For Period Ending: | 10/30/13 | | | Claims Bar Date: | 01/30/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Checking at Harris Bank | 1.00 | 0.00 | | 307.36 | FA | 0.00 | 0.00 |
| 2. Phone system; fax machine; computer | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. Post Form Blanks (10) | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Toilets (8) | 800.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Jetted Tubs (6) | 3,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Soaker Tubs (2) | 700.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Shower Bases (4) | 800.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Pedestal Sinks (2) | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. Medicine Cabinets (7) | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. Vanity Tops (165) Trustee conducted auction of all personal property including kitchen and bath cabines, sinks, displays and 2 commercial vehciles; gross sale proceeds for all property recorded under this asset | 24,750.00 | 31,560.00 | | 31,560.00 | FA | 0.00 | 0.00 |
| 11. Vanity Cabinets (93) | 18,600.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. Mirrors (8) | 900.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13. Vessel Bowls (7) | 1,050.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14. Tables (8) | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15. Stainless Steel Kitchen Sinks (21) | 4,200.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16. Solid Surface Sinks (4) | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 17. Kitchen Faucets (14) | 1,600.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18. Vanity Faucets (28) | 2,800.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19. Shelves (126) | 1,260.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 20. Bamboo Sheets 36" x 72" (2) | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21. Misc. Cabinets (17) | 425.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22. Provine Kitchen Display | 4,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 23. Bertch Kitchen Display | 4,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 24. Legacy Kitchen Display (2) | 4,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

LFORM1EX

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 17.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-35654 | CAD | Judge: CAROL A. DOYLE |
|---|---|---|---|
| Case Name: | EFB ENTERPRISES, INC. | | |

| Trustee Name: | Elizabeth C. Berg |
|---|---|
| Date Filed (f) or Converted (c): | 09/08/12 (f) |
| 341(a) Meeting Date: | 11/19/12 |
| Claims Bar Date: | 01/30/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 25. Diamond Kitchen Display (2) | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 26. Petty Cash (u) | 0.00 | 8.95 | | 8.95 | FA | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $79,936.00 | $31,568.95 | | $31,876.31 | $0.00 | $0.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold estate assets at public auction; Trustee investigated Debtor's financial affairs for potnetial preferential

transfers; Trustee prepare and filed Estate tax returns; Trustee prepared TFR

Initial Projected Date of Final Report (TFR): 08/30/13     Current Projected Date of Final Report (TFR): 08/30/13

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-35654 -CAD | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | EFB ENTERPRISES, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9181  Checking Account |
| Taxpayer ID No: | *******2408 | | | |
| For Period Ending: | 10/30/13 | | Blanket Bond (per case limit): | $  100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/03/12 | 1 | Vanity & Supply<br>PO Box 397<br>743 N. McClure Road<br>Aurora  IL  60507 | BALANCE - CHECKING ACCT | 1129-000 | 307.36 | | 307.36 |
| 12/12/12 | 10 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | PROCEEDS FROM AUCTION | 1129-000 | 31,560.00 | | 31,867.36 |
| 12/12/12 | 26 | EFB Enterprises, Inc. | PETTY CASH | 1229-000 | 8.95 | | 31,876.31 |
| 12/20/12 | 001001 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | TR Auctioneer's Commission<br>Auction held 11-27-12<br>Per Ct. Order dtd 12/20/12 | 3610-000 | | 3,156.00 | 28,720.31 |
| 12/20/12 | 001002 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | TR Auctioneer's Expenses<br>Auction held  11-27-12<br>Allowed per ct order dtd 12/20/12 | 3620-000 | | 3,222.00 | 25,498.31 |
| 12/20/12 | 001003 | Anne and Albert Emerich<br>9 Buckingham Drive<br>Sugar Grove  IL  60554 | Post-petition Rent<br>Allowed per Ct Order dtd 12/20/12 | 2410-000 | | 3,500.00 | 21,998.31 |
| 12/20/12 | 001004 | Nicor Gas<br>P.O. Box 5407<br>Carol Stream  IL  60197-5407 | Allowed Administrative Expense<br>Per Ct Order dtd 12/20/12 | 2990-000 | | 189.79 | 21,808.52 |
| 12/20/12 | 001005 | ComEd<br>P.O. Box 6111<br>Carol Stream, IL  60197-6111 | Allowed Administrative Expense<br>Per Ct Order dtd 12/20/12 | 2990-000 | | 145.78 | 21,662.74 |
| 12/20/12 | 001006 | City of Aurora<br>44 East Downer Place<br>Aurora  IL  60507 | Allowed Administrative Expense<br>Per Ct Order dtd 12/20/12 | 2990-000 | | 14.24 | 21,648.50 |
| 12/20/12 | 001007 | Lewis Electric & Contracting, Inc. | Allowed Administrative Expense | 2990-000 | | 1,270.00 | 20,378.50 |

Case 12-35654   Doc 40   Filed 11/06/13   Entered 11/06/13 09:47:03   Desc Main
Document      Page 13 of 16

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-35654 -CAD | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | EFB ENTERPRISES, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9181  Checking Account |
| Taxpayer ID No: | *******2408 | | | |
| For Period Ending: | 10/30/13 | | Blanket Bond (per case limit): | $   100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 510 Hill Avenue<br>Aurora IL 60505 | Per Ct Order dtd 12/20/12 | | | | |
| 12/20/12 | 001008 | Trustee Insurance Agency<br>2813 West Main Street<br>Kalamazoo MI 49006 | Allowed Administrative Expense<br>Per Ct Order dtd 12/20/12 | 2420-750 | | 632.00 | 19,746.50 |
| 02/15/13 | 001009 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 16.33 | 19,730.17 |
| 03/08/13 | | CONGRESSIONAL BANK<br>6500 ROCK SPRING DRIVE<br>SUITE 300<br>BETHESDA, MD 20817 | Monthly Bank Service Fee - Feb 13 | 2600-000 | | 18.93 | 19,711.24 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 20.93 | 19,690.31 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 20.24 | 19,670.07 |
| *   06/18/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee actually occurred on June 4, 2013. TCMS will not allow me to back date more than 30 days. ~JMM 7.18.13 | 2600-003 | | 20.89 | 19,649.18 |
| *   07/19/13 | | Reverses Adjustment OUT on 06/18/13 | Monthly Bank Service Fee - May 13<br>May13 Bank Fee waived by Congressional Bank at TR request due to case closing.<br>ecb  7-19-13 | 2600-003 | | -20.89 | 19,670.07 |
| 09/09/13 | 001010 | Elizabeth C. Berg, Trustee | Trustee Compensation | 2100-000 | | 3,937.63 | 15,732.44 |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 17.03a

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-35654 -CAD | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | EFB ENTERPRISES, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9181 Checking Account |
| Taxpayer ID No: | *******2408 | | | |
| For Period Ending: | 10/30/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/13 | 001011 | c/o Baldi Berg & Wallace<br>20 N. Clark Street #200<br>Chicago IL 60602<br>Baldi Berg & Wallace | Attorney for TR Fees (TR Firm) | 3110-000 | | 6,326.00 | 9,406.44 |
| 09/09/13 | 001012 | 20 N. Clark Street, Ste. 200<br>Chicago, IL 60602<br>Popowcer Katten Ltd. | Accountant for TR Fees (Other Firm) | 3410-000 | | 2,784.00 | 6,622.44 |
| 09/09/13 | 001013 | 35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601<br>Baldi Berg & Wallace | Attorney for TR Expenses (TR Firm) | 3120-000 | | 50.48 | 6,571.96 |
| 09/09/13 | 001014 | 20 N. Clark Street, Ste. 200<br>Chicago, IL 60602<br>Nydia Seaton | Wages - 507(a)(3) | 5300-000 | | 1,198.83 | 5,373.13 |
| 09/09/13 | 001015 | 1431 Austin Avenue<br>Aurora IL 60505<br>United States Treasury<br>c/o Internal Revenue Service<br>Cincinnati OH 45999-0148 | SOCIAL SECURITY | 5300-000 | | 110.36 | 5,262.77 |
| 09/09/13 | 001016 | United States Treasury<br>c/o Internal Revenue Service<br>Cincinnati OH 45999-0148 | FEDERAL INCOME TAX | 5300-000 | | 445.00 | 4,817.77 |
| 09/09/13 | 001017 | United States Treasury<br>c/o Internal Revenue Service<br>Cincinnati OH 45999-0148 | MEDICARE | 5300-000 | | 25.81 | 4,791.96 |
| 09/09/13 | 001018 | Noreen Somers<br>6941 Lyman Ave.<br>Downers Grove, IL 60516 | Claim 000003, Payment 100.00000% | 5600-000 | | 1,000.00 | 3,791.96 |
| 09/09/13 | 001019 | United States Treasury<br>c/o Internal Revenue Service<br>Cincinnati OH 45999-0148 | EMPLOYER MATCHING SOCIAL SECURITY | 5800-000 | | 110.36 | 3,681.60 |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 17.03a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-35654 -CAD | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | EFB ENTERPRISES, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9181 Checking Account |
| Taxpayer ID No: | *******2408 | | | |
| For Period Ending: | 10/30/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/13 | 001020 | FEDERAL UNEMPLOYMENT INSURANCE | FEDERAL UNEMPLOYMENT INSURANCE | 5800-000 | | 61.41 | 3,620.19 |
| 09/09/13 | 001021 | United States Treasury c/o Internal Revenue Service Cincinnati OH 45999-0148 | EMPLOYER MATCHING MEDICARE | 5800-000 | | 25.81 | 3,594.38 |
| 09/09/13 | 001022 | Bains Ultra Baths, Inc. 956 Chemin Olivier St. Nicholas (Quebec) CN G74-2N1 | Claim 000004, Payment 75.22683% | 7100-000 | | 1,574.46 | 2,019.92 |
| 09/09/13 | 001023 | Total Basement Finishing Systems, LLC Scott Stolzenburg 37W201 Red Gate Rd St Charles, IL 60175 | Claim 000005, Payment 75.22671% | 7100-000 | | 2,019.92 | 0.00 |

| | Account *******9181 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 3 | | Deposits | 31,876.31 | 23 | Checks | 31,816.21 |
| 0 | | Interest Postings | 0.00 | 5 | Adjustments Out | 60.10 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 31,876.31 | | | |
| | | | | | Total | $ 31,876.31 |
| 0 | | Adjustments In | 0.00 | | | |
| 0 | | Transfers In | 0.00 | | | |
| | | Total | $ 31,876.31 | | | |

LFORM2T4 UST Form 101-7-TDR (5/1/2011) (Page: 15)

Ver: 17.03a

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-35654 -CAD | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | EFB ENTERPRISES, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9181 Checking Account |
| Taxpayer ID No: | *******2408 | | | |
| For Period Ending: | 10/30/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

LFORM2T4 UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Ver: 17.03a